DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHERYL HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br>                                )<br>                                )<br>CHERYL HANSON,                  )<br>                                )<br>            Defendant.          )<br>_____ | NO. CR.S-08-040-EJG<br><br><br><br>**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING**<br><br>Date: June 20, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the judgment and sentencing hearing previously set for May 9, 2008 be continued to June 20, 2008, and that PSR disclosure dates be changed as follows:  draft PSR due May 16, 2008; informal objection due May 30, 2008; final PSR due June 6, 2008; and sentencing memorandum/formal objection due June 13, 2008.  This continuance is requested because of defense counsel's schedule so that the probation officer has additional time to interview Ms. Hanson.

//

Defense counsel has spoken with USPO Scott Storey who agrees with this continuance and concurs with the new dates.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: March 10, 2008               /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: March 10, 2008               /s/ RACHELLE BARBOUR for
                                    ELLEN ENDRIZZI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED:   March 13, 2008            /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

2