1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHERYL HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-08-040-EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING HEARING** |
| | ) | |
| CHERYL HANSON, | ) | Date: July 11, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the judgment and sentencing hearing previously set for June 20, 2008 be continued to July 11, 2008.  The parties have received the final probation report and are in agreement with the recommendation of the probation officer.

//

//

Defense counsel has conferred with USPO Scott Storey who is in agreement with this requested continuance.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: June 11, 2008                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: June 11, 2008                /s/ RACHELLE BARBOUR for
                                    ELLEN ENDRIZZI
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: June 11, 2008                /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge
```

2